UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

J&J SPORTS PRODUCTIONS, INC.,

     Plaintiff,    **MEMORANDUM & ORDER**
              19-CV-2384(EK)(CLP)

   -against-

MARCELINO ENRIQUEZ, individually
and d/b/a Tu Ranchito Restaurant;
and TU RACHITO RESTAURANT CORP.,
an Unknown business entity d/b/a
Tu Ranchito Restaurant,

     Defendant.

------------------------------------x

ERIC KOMITEE, United States District Judge:

    The Court has received Magistrate Judge Pollak's Report and Recommendation (R&R) dated October 9, 2020. ECF No. 13. Plaintiff, J&J Sports Productions, Inc., was granted default judgment against both defendants by Order dated October 7, 2019, and the matter was referred to Judge Pollak to determine and recommend an appropriate award of damages. ECF No. 11.[1] No objections to the R&R have been filed, and the time to do so has passed. Accordingly, the Court reviews the R&R for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Gesualdi v. Mack Excavation & Trailer Serv., Inc.*, No. 09-CV-2502, 2010 WL 985294, at *1

---

[1] This case was transferred to the undersigned on February 7, 2020.

(E.D.N.Y. Mar. 15, 2010). Having reviewed the record, the Court finds no clear error.

Accordingly, the Court adopts the R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1). Therefore, Plaintiff is awarded $5,400.00 in statutory and enhanced damages from defendants. Plaintiff is directed to submit a motion for attorneys' fees within thirty days of the date of this Order.


SO ORDERED.

/s/ Eric Komitee
_____
ERIC KOMITEE
United States District Judge


Dated:     December 30, 2020
           Brooklyn, New York