```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x

J&J SPORTS PRODUCTIONS, INC.,

                     Plaintiff,              MEMORANDUM & ORDER
                                              19-CV-2384(EK)(CLP)
          -against-

MARCELINO ENRIQUEZ, et al.,

                     Defendants.

---------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Pollak's Report and Recommendation (R&R) dated July 16, 2021.  ECF No. 18.  Judge Pollak recommends granting Plaintiff's motion for attorneys' fees and costs in part and denying it in part.  Specifically, she recommends awarding Plaintiff $573.00 for the costs of filing and service of process, but denying Plaintiff's requests for attorneys' fees and investigative costs.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews the R&R for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, the Court finds no clear error.  The Court therefore adopts the R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff is awarded Plaintiff $573.00 in costs. Plaintiff's requests for attorneys' fees and investigative costs are denied.

SO ORDERED.

                                                /s/ Eric Komitee  
                                                ERIC KOMITEE  
                                                United States District Judge

Dated:    September 21, 2021  
            Brooklyn, New York